■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN WINSTON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered January 16, 1980, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (see *People v Guzman,* 89 AD2d 14; *People v Best,* 89 AD2d 1018; *People v Wells,* 89 AD2d 1020). Lazer, J. P., Gulotta, Bracken and Boyers, JJ., concur.